**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James Carl Sanfratello            CHAPTER 13
            Debtor(s)

BKY. NO. 22-10501 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

                        Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
14 Nov 2022, 14:54:06, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com