IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JAMES CARL SANFRATELLO | : Bankruptcy No. 22-10501-JCM |
|     DEBTOR | : |
| | : Chapter 13 |
| ROCKET MORTGAGE, LLC f/k/a | : |
| QUICKEN LOANS, LLC, f/k/a | : |
| QUICKEN LOANS, INC. | : |
|     MOVANT | : |
|         V. | : Related to Document No. |
| JAMES CARL SANFRATELLO | : |
| | : Related to Claim No. 6 |
|     DEBTOR | : |

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtors hereby declare that the existing Chapter 13 Plan in the above captioned bankruptcy case is SUFFICIENT to fund the Plan with the modified mortgage amount.

Date: November 7, 2023

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450-5161