IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| JAMES CARL SANFRATELLO : | |
| DEBTOR : | Bankruptcy No. 22-10501 |
| : | |
| : | Chapter 13 |
| JAMES CARL SANFRATELLO : | |
| MOVANT : | |
| V. : | Related to Document No. |
| ROCKET MORTGAGE, LLC F/K/A : | Related to Claim No. 6 |
| QUICKEN LOANS : | |
| RESPONDENT : | |

DECLARATION OF DEBTORS REGARDING MORTGAGE PAYMENT

The Debtor hereby declares that the existing Chapter 13 Plan in the above captioned bankruptcy case will be SUFFICIENT to fund the Plan with the modified mortgage amount, based on the Debtors' current monthly payment.

Date:  November 5, 2024

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161