UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :BANKRUPTCY CASE NO. 22-10501-JCM |
| JAMES CARL SANFRATELLO | : |
|     Debtor | :    CHAPTER NO. 13 |
| | : |
| | : |
| JAMES CARL SANFRATELLO | : |
|     Plaintiff | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT | : |
|     Defendant | : |

### CONSENT ORDER ALLOWING DEBTOR TO OBTAIN FINANCING

AND NOW, this _____ day of _____, 2025, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties, it is hereby ordered as follows:

1. The Debtor filed a Chapter 13 Bankruptcy case on November 9, 2022.

2. The Debtor is experiencing medical problems and is a candidate for an emergency procedure.

3. The Debtor cannot receive the surgery without payment and does not have funds on hand to pay for the surgery.

4. The Debtor has obtained an offer of financing from ErieBank for an unsecured installment loan in the amount of $6000 for a five year term, with a rate of 11.74 or lower, and with a payment of approximately $133 per month.

5. The Debtor receives social security and a pension each month and will have sufficient funds to repay the loan as well as to continue to make monthly payments to the Chapter 13 Trustee.

6. The Debtor will repay the loan to Erie Bank through the Chapter 13 plan and the plan will be amended to reflect the same within seven (7) days of the date the loan is disbursed.

WHEREFORE, it is hereby ORDERED that the Debtor is permitted to obtain an unsecured installment loan of no more than $6,000 from Erie Bank, in accordance with the terms set forth above. Debtor is hereby ordered to file a Report of Financing and Amended Plan with this Court within seven (7) days of the date that the loan is disbursed.

BY THE COURT:

_____
John C. Melaragno
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Tina M Fryling                             /s/  Kate DeSimone
  Tina M. Fryling                                Kate DeSimone
  Attorney for Debtor                            Counsel for Chapter 13 Trustee
  4258 West 12th Street                          U.S. Steel Tower
  Erie, PA 16505                                 Suite 3250
  (814) 450-5161                                 600 Grant Street
   tinafryling@gmail.com                         Pittsburgh, PA  15219