UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :BANKRUPTCY CASE NO. 22-10501-JCM |
| JAMES CARL SANFRATELLO | : |
|     Debtor | :    CHAPTER NO. 13 |
| | : |
| | : |
| JAMES CARL SANFRATELLO | :    Related Document No. 36 |
|     Plaintiff | : |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT | : |
|     Defendant | : |

### CONSENT ORDER ALLOWING DEBTOR TO OBTAIN FINANCING

AND NOW, this _____8th_____ day of _____October_____, 2025, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties, it is hereby ordered as follows:

1. The Debtor filed a Chapter 13 Bankruptcy case on November 9, 2022.

2. The Debtor is experiencing medical problems and is a candidate for an emergency procedure.

3. The Debtor cannot receive the surgery without payment and does not have funds on hand to pay for the surgery.

4. The Debtor has obtained an offer of financing from ErieBank for an unsecured installment loan in the amount of $6000 for a five year term, with a rate of 11.74 or lower, and with a payment of approximately $133 per month.

5. The Debtor receives social security and a pension each month and will have sufficient funds to repay the loan as well as to continue to make monthly payments to the Chapter 13 Trustee.

6. The Debtor will repay the loan to Erie Bank through the Chapter 13 plan and the plan will be amended to reflect the same within seven (7) days of the date the loan is disbursed.

WHEREFORE, it is hereby ORDERED that the Debtor is permitted to obtain an unsecured installment loan of no more than $6,000 from Erie Bank, in accordance with the terms set forth above.  Debtor is hereby ordered to file a Report of Financing and Amended Plan with this Court within seven (7) days of the date that the loan is disbursed.

BY THE COURT:

_____dak
John C. Melaragno           SIGNED
U.S. BANKRUPTCY JUDGE       10/8/25 11:13 am
                            CLERK
                            U.S. BANKRUPTCY
                            COURT - WDPA

Consented to:

/s/ Tina M Fryling                          /s/  Kate DeSimone
   Tina M. Fryling                             Kate DeSimone
   Attorney for Debtor                         Counsel for Chapter 13 Trustee
   4258 West 12th Street                       U.S. Steel Tower
   Erie, PA 16505                              Suite 3250
   (814) 450-5161                              600 Grant Street
      tinafryling@gmail.com                    Pittsburgh, PA  15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10501-JCM |
| James Carl Sanfratello | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Oct 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Carl Sanfratello, 3103 Charlotte St., Erie, PA 16508-1212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Debtor James Carl Sanfratello tinafryling@gmail.com tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 4