FORM JCM 13-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 22-10501-JCM
JAMES CARL SANFRATELLO :
:
: Chapter 13
:
Debtor(s). : Related Document No. 6
_____ :

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑   a motion to dismiss case or certificate of default requesting dismissal

XX   a plan modification sought by: Debtor _____

❑   a motion to lift stay
    as to creditor _____

❑   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

[04/22]                                    -1-

FORM JCM 13-3

☒ Chapter 13 Plan dated 11/2/2022

❏ Amended Chapter 13 Plan

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

☒   Debtor(s) Plan payments shall be changed from $1082 per month to $1252 per month, effective December 1, 2025

❏   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏   Debtor(s) shall file and serve _____ on or before _____.

❏   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❏   Other: Claim 11 filed by Erie Federal Credit Union Shall Govern.

[04/22]                                    -2-

FORM JCM 13-3

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]    -3-

FORM JCM 13-3

**SO ORDERED**, this 11th day of December, 2025

Dated: December 11, 2025

_____
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
12/11/25 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                                    Stipulated by:

  /s/ Tina M Fryling                               /s/ James C. Warmbrodt
Counsel to Debtor                                 Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

[04/22]                                           -4-

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-10501-JCM

James Carl Sanfratello     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Dec 11, 2025     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Carl Sanfratello, 3103 Charlotte St., Erie, PA 16508-1212 |
| 16615821 | + | Eriebank, a divison of CNB Bank, 31 S. Second St., PO Box 42, Clearfield, PA 16830-0042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 00:37:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15545143 | + | Email/Text: bankruptcy@brinkshome.com | Dec 12 2025 00:24:00 | Brinks Home Security, Attn: Bankruptcy, Po Box 814530, Dallas, TX 75381-4530 |
| 15545144 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2025 00:37:45 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15545145 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2025 00:37:27 | Chase Card Services/Amazon Prime, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 15562555 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 12 2025 00:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15550804 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 12 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15546563 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 00:37:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15545148 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2025 00:24:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15553750 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2025 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15560181 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2025 00:24:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15545142 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2025 00:24:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 15545149 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 12 2025 00:25:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15545150 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 00:37:39 | Resurgent Acquisitions LLC, c/o Resurgent Capital Services LP, @55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15554666 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 12 2025 00:25:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15545151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:37:35 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15545152 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 12 2025 00:37:45 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15545215 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 00:37:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15545153 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:37:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15545154 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:37:45 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15545155 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:37:45 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15545156 | + | Email/Text: bncmail@w-legal.com | Dec 12 2025 00:24:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15545146 | | Citibank/Best Buy |
| 15545147 | | Citibank/Double Cash |
| 15550805 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15553751 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Debtor James Carl Sanfratello tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Dec 11, 2025 Form ID: pdf900 Total Noticed: 23
TOTAL: 4