IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JAMES CARL SANFRATELLO | : | |
| Debtor | : | Bankruptcy No. 22-10501-JCM |
| | : | Chapter 13 |
| ROCKET MORTGAGE, F/K/A QUICKEN | : | |
| LOANS | : | |
| Movant | : | |
| V. | : | Related Document No. |
| JAMES CARL SANFRATELLO | : | Related to Claim No. 6 |
| Debtor | : | |

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtor hereby declares that the existing payment in the Chapter 13 Plan in the above captioned bankruptcy case is NOT SUFFICIENT to fund the Plan with the modified mortgage amount. A new plan or stipulation will be filed to accommodate it.

Date: October 23, 2026

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
333 State Street
Erie, PA 16507
(814) 450 5161